UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>JTRE NOMAD 8 W 28TH LCC,<br>                           Debtor.<br><br>ABECO CONSTRUCTION LLC,<br>                           Appellant,<br><br>-against-<br><br>UNITED STATES TRUSTEE,<br>                           Appellee. | 24-CV-6421 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

Dated:  September 5, 2024
          New York, New York

                                                  SO ORDERED.

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge