UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re JTRE NOMAD 8 W 28TH LLC,

          Debtor.

ABECO CONSTRUCTION LLC,

          Appellant,

-against-

UNITED STATES TRUSTEE, ET AL.

          Appellee.

24-CV-6421 (JGLC)

**ORDER OF DISMISSAL**

JESSICA G. L. CLARKE, United States District Judge:

       The Court having been advised at ECF No. 7 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order if the settlement is not consummated.

       To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

       Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to CLOSE the case.

Dated: October 22, 2024
     New York, New York

                    SO ORDERED.

                    JESSICA G. L. CLARKE
                    United States District Judge